UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Operating Engineers Local #49 Health and
Welfare Fund and Central Pension Fund of the
International Union of Operating Engineers and
Participating Employers,

    Plaintiffs,    Civil No. 09-2734 (RHK/RLE)

vs.

**ORDER**

MPJ Enterprises, LLC, Mike Johnson,
individually,

    Defendants.

---

  This matter is venued in the Fifth Division.

  All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 5, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge